BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (STATE BAR # 104620)
ROBERT S. BARTLETT (STATE BAR NO. 79752)
KAIPO K.B. YOUNG (STATE BAR #164718)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 444-2404
FACSIMILE: (510) 444-1291
EMAIL: MLP@LEADER-PICONE.COM
EMAIL: ROBERTB@BL-PLAW.COM
EMAIL: KYOUNG@BL-PLAW.COM
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO OFFICE

| | |
|---|---|
| FOLEY & LARDNER, LLP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SALIM NATHOO aka DR. SALIM NATHOO; ORAL HEALTH CLINICAL SERVICES, LLC,<br><br>　　　　Defendants. | No. C 07 4572 MHP<br><br>**PROOF OF SERVICE (DEFENDANT SALIM A. NATHOO)**<br><br>*Trial Date: Not Assigned* |

PROOF OF SERVICE                                                                    Case No. C 07 4572 MHP
-1-

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: C 07 4572 MHP
Date Filed: 00/00/0000

## AFFIDAVIT OF SERVICE

Foley &Lardner, LLP

      Plaintiff/Petitioner,

vs.

Salim Nathoo aka Dr. Salim Nathoo; Oral Health Clinical Services

      Defendant/Respondent.

_____/

New Jersey
Somerset   ss.

I, **James Swickle**, depose and say that:

I am a comptent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **09/10/2007** at **02:45 PM**, I served the within **SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE &ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; COMPLAINT** on Salim A. Nathoo at **216 Stelton Road, Suite E4 , Piscataway, NJ 08854** in the manner indicated below:

By delivering to the within named person a true copy of this process and informing the person of the contents.

I asked the person spoken to if the person served was in the active military service of any of the armed forces of the United States of America or his/her state of residence in any capacity and I received a negative reply.

Description of person served:
**Sex: Male – Age: 50's – Skin: Indian – Hair: Black – Height: 5'6 – Weight: 160**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this
____ day of _____, 20__
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

X_____
James Swickle – Process Server
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ 08876
908-707-1800

Atty File#:  – Our File# **8204**