1  BARTLETT, LEADER-PICONE & YOUNG, LLP
   MALCOLM LEADER-PICONE (*STATE BAR # 104620*)
2  ROBERT S. BARTLETT (*STATE BAR No. 79752*)
   KAIPO K.B. YOUNG (*STATE BAR #164718*)
3  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
4  TELEPHONE:  (510) 444-2404
   FACSIMILE:   (510) 444-1291
5  EMAIL: MLP@LEADER-PICONE.COM
   EMAIL: ROBERTB@BL-PLAW.COM
6  EMAIL: KYOUNG@BL-PLAW.COM
7  Attorneys for Plaintiff

8

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO OFFICE

12  FOLEY & LARDNER, LLP,              )  No. C 07 4572 MHP
                                       )
13            Plaintiff,               )  **PROOF OF SERVICE (DEFENDANT**
                                       )  **ORAL HEALTH CLINICAL**
14  vs.                                )  **SERVICES, LLC)**
                                       )
15  SALIM NATHOO aka DR. SALIM         )  *Trial Date:  Not Assigned*
    NATHOO; ORAL HEALTH CLINICAL       )
16  SERVICES, LLC,                     )
                                       )
17            Defendants.              )
                                       )
18  _____)

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**                              **Case No. C 07 4572 MHP**

                              -1-

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**CASE NO.: C 07 4572 MHP**
**Date Filed: 00/00/0000**

### AFFIDAVIT OF SERVICE

**Foley &Lardner, LLP**

      Plaintiff/Petitioner,

vs.

**Salim Nathoo aka Dr. Salim
Nathoo; Oral Health Clinical
Services**

      Defendant/Respondent.

_____/

```
New Jersey
Somerset    ss.
```

I, **James Swickle**, depose and say that:

I am a comptent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **09/10/2007** at **02:45 PM**, I served the within **SUMMONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE &ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; COMPLAINT** on **Oral Health Clinical Services LLC at 216 Stelton Road, Suite E4 , Piscataway, NJ 08854** in the manner indicated below:

By delivering a true copy of this process to **Salim A. Nathoo, Owner** of the above named corporation and informing him/her of the contents.

Description of person served:
**Sex: Male − Age: 50's − Skin: Indian − Hair: Black − Height: 5'6 − Weight: 160)**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

X _____
James Swickle − Process Server
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ   08876
908-707-1800

Sworn to and subscribed before me on this
___ day of _____, 20__
By an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC

Atty File#:  − Our File# **8205**

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012