# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FOLEY & LARDNER, LLP

**E-filing**

**SUMMONS IN A CIVIL CASE**

v.

SALIM NATHOO aka DR. SALIM NATHOO;
ORAL HEALTH CLINICAL SERVICES

CASE NUMBER:

**C 07 4572 MHP**

TO: (Name and address of defendant)

SALIM NATHOO aka DR. SALIM NATHOO, 216 Shelton Road, Unit E-1, Piscataway, New Jersey, 08854

ORAL HEALTH CLINICAL SERVICES, 216 Shelton Road, Unit E-1, Piscataway, New Jersey, 08854

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (STATE BAR # 104620)
ROBERT S. BARTLETT (STATE BAR NO. 79752)
KAIPO K.B. YOUNG (STATE BAR #164718)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 444-2404
FACSIMILE: (510) 444-1291

an answer to the complaint which is herewith served upon you, within *20* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

SEP  4 2007

DATE_____

(BY) DEPUTY CLERK

MARY ANN BUCKLEY