1  BARTLETT, LEADER-PICONE & YOUNG, LLP
   MALCOLM LEADER-PICONE (STATE BAR # 104620)
2  ROBERT S. BARTLETT (STATE BAR NO. 79752)
   KAIPO K.B. YOUNG (STATE BAR #164718)
3  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
4  TELEPHONE: (510) 444-2404
   FACSIMILE: (510) 444-1291
5  EMAIL: mlp@leader-picone.com
   EMAIL: RobertB@BL-Plaw.com
6  EMAIL: KYoung@BL-Plaw.com

7  Attorneys for Plaintiff
8  FOLEY & LARDNER, LLP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO OFFICE

| | |
|---|---|
| FOLEY & LARDNER, LLP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SALIM NATHOO aka DR. SALIM NATHOO; ORAL HEALTH CLINICAL SERVICES, LLC,<br><br>　　　　Defendants. | No. C 07-04572 MHP<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT.**<br><br>*Trial Date: Not Assigned* |

　　　　IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, pursuant to Civil L. R. 6-1(a), that the time within which Defendants Salim Nathoo aka Dr. Salim Nathoo and Oral Health Clinical Services, LLC have to respond to the Complaint heretofore served on them is extended from the current due date of September 28, 2007 through and including October 12, 2007.

/ / / /

/ / / /

/ / / /

**STIPULATION**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. C 07-04572 MHP**
-1-

1  DATED: September 26, 2007.   BARTLETT, LEADER-PICONE & YOUNG, LLP

2

3                                BY:/s/ **Kaipo K.B. Young #164718**
                                     KAIPO K.B. YOUNG
4                                    Attorneys for Plaintiff
                                     FOLEY & LARDNER, LLP
5

6  DATED: September 26, 2007.   EZRA | BRUTZKUS | GUBNER LLP

7
                                 BY:/s/ **Richard D Burstein**
8                                    RICHARD D. BURSTEIN
                                     Attorneys for Defendants
9                                    SALIM NATHOO aka DR. SALIM NATHOO;
                                     ORAL HEALTH CLINICAL SERVICES, LLC

**STIPULATION**                                          **Case No. C 07-04572 MHP**

-2-