UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Foley & Lardner LLP

                Plaintiff(s),

v.

Salim Nathoo, et al.

                Defendant(s).

Case No. C 07-04572 MHP

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/18/07

Dated: 11/19/07

_____
[Party]

EZRA BRUTZKUS GUBNER LLP
by _____
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 21650 Oxnard Street, Suite 500 Woodland Hills, CA 91367.

On November 19, 2007, I served the following documents on the persons listed below, as follows: **ADR Certification by Parties and Counsel**

Counsel to Plaintiff Foley & Lardner, LLP
Bartlett, Leader-Picone & Young LLP
Kaipo K.B. Young
2201 Broadway, Suite 803
Oakland, CA 94612

[X] **By United States mail:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Woodland Hills, CA.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 19, 2007, at Woodland Hills, CA.

_____
JENNIFER LONG