**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: January 15, 2008

Case No.   C 07-4572  MHP             Judge: MARILYN H. PATEL

Title: FOLEY & LARDNER LLP -v- SALIM NATHOO et al

Attorneys:  Plf:  Kypo Young
            Dft: Richard Bernstein, Corey Weber

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVicker

**PROCEEDINGS**

1)   Telephonic Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Mediation deadline extended to 5/20/2008 pursuant to request by counsel;scovery review; Further telephonic status conference for 2/7/2008 at 3:00 pm; Defendant to initiate conference call.