**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: February 7, 2008

Case No.   C 07-4572  MHP                    Judge: MARILYN H. PATEL

Title: FOLEY & LARDNER LLP -v- SALIM NATHOO et al

Attorneys:  Plf:  Kypo Young
            Dft:  Richard Bernstein

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVicker

**PROCEEDINGS**

1)   Telephonic Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel to meet and confer re potential jurisdiction issues (New Jersey); Further telephonic status conference set for 3:00 pm on 2/21/2008; Defendant to initiate conference call.