BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (STATE BAR # 104620)
ROBERT S. BARTLETT (STATE BAR NO. 79752)
KAIPO K.B. YOUNG (STATE BAR #164718)
2201 BROADWAY, SUITE 803
OAKLAND, CA  94612
TELEPHONE:     (510) 444-2404
FACSIMILE:      (510) 444-1291
EMAIL:  MLP@LEADER-PICONE.COM
EMAIL:  ROBERTB@BL-PLAW.COM
EMAIL:  KYOUNG@BL-PLAW.COM

Attorneys for Plaintiff
FOLEY & LARDNER, LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO OFFICE

| | |
|---|---|
| FOLEY & LARDNER, LLP, | ) No.  C 07-04572 MHP |
| Plaintiff, | ) **STIPULATION TO DISMISS ACTION.** |
| vs. | ) *Trial Date:  Not Assigned* |
| SALIM NATHOO aka DR. SALIM NATHOO; ORAL HEALTH CLINICAL SERVICES, LLC, | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS ACTION

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff FOLEY & LARDNER, LLP and defendants SALIM NATHOO aka DR. SALIM NATHOO and ORAL HEALTH CLINICAL SERVICES, LLC, hereby stipulate, by and through their respective counsel of record, that the above-captioned proceeding against defendants shall be and is hereby dismissed without prejudice.

DATED: February 21, 2008.            BARTLETT, LEADER-PICONE & YOUNG, LLP

                                                    BY: **/s/ Kaipo K.B. Young #164718**
                                                          KAIPO K.B. YOUNG
                                                          Attorneys for Plaintiff
                                                          FOLEY & LARDNER, LLP

DATED: February 21, 2008.            EZRA | BRUTZKUS | GUBNER LLP

                                                      BY: **/s/ Richard D Burstein**
                                                          RICHARD D. BURSTEIN
                                                         Attorneys for Defendants
                                                         SALIM NATHOO aka DR. SALIM NATHOO;
                                                         ORAL HEALTH CLINICAL SERVICES, LLC