CLIENT FILES\FOLEY & LARDNER\FOLEY\NATHOO 121228\PLEADINGS\FEDERAL ACTION\STIP ANSWER 092507 KY.DOC9/25/07

1  BARTLETT, LEADER-PICONE & YOUNG, LLP
   MALCOLM LEADER-PICONE (*STATE BAR # 104620*)
2  ROBERT S. BARTLETT *(STATE BAR NO. 79752)*
   KAIPO K.B. YOUNG *(STATE BAR #164718)*
3  2201 BROADWAY, SUITE 803
   OAKLAND, CA  94612
4  TELEPHONE:    (510) 444-2404
   FACSIMILE:     (510) 444-1291
5  EMAIL:  MLP@LEADER-PICONE.COM
   EMAIL:  ROBERTB@BL-PLAW.COM
6  EMAIL:  KYOUNG@BL-PLAW.COM

7  Attorneys for Plaintiff
8  FOLEY & LARDNER, LLP

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12                 **SAN FRANCISCO OFFICE**

13  FOLEY & LARDNER, LLP,            )  No.  C 07-04572 MHP
                                     )
14            Plaintiff,             )  **STIPULATION TO DISMISS ACTION.**
                                     )
15  vs.                              )
                                     )  *Trial Date:  Not Assigned*
16  SALIM NATHOO aka DR. SALIM       )
    NATHOO; ORAL HEALTH CLINICAL     )
17  SERVICES, LLC,                   )
                                     )
18            Defendants.            )
                                     )
19  _____

20

21

22

23

24

25

26

27

28

**STIPULATION**                                **Case No. C 07-04572 MHP**

                              **-1-**

... CLIENT FILE\FOLEY & LARDNER\FOLEY\042\028\PLEADINGS\FEDERAL ACTION\STIP ANSWER 092507 KY.DOC9/25/07

## STIPULATION TO DISMISS ACTION

1

2        Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff FOLEY

3  & LARDNER, LLP and defendants SALIM NATHOO aka DR. SALIM NATHOO and ORAL

4  HEALTH CLINICAL SERVICES, LLC, hereby stipulate, by and through their respective counsel of

5  record, that the above-captioned proceeding against defendants shall be and is hereby dismissed

6  without prejudice.

7  DATED:  February 21, 2008.    BARTLETT, LEADER-PICONE & YOUNG, LLP

8

9    BY:**/s/ Kaipo K.B. Young #164718**
       KAIPO K.B. YOUNG
       Attorneys for Plaintiff

10           FOLEY & LARDNER, LLP

11

12  DATED:  February 21, 2008.    EZRA | BRUTZKUS | GUBNER LLP

13    BY:**/s/ Richard D Burstein**
       RICHARD D. BURSTEIN

14           Attorneys for Defendants
       SALIM NATHOO aka DR. SALIM NATHOO;

15           ORAL HEALTH CLINICAL SERVICES, LLC

16

17

18

19

20          2/26/2008



21

22

23

24

25

26

27

28

**STIPULATION**    **Case No. C 07-04572 MHP**

**-2-**